UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Magistrate No. 19-9179 |
| PHILIPPE N. FORESTE | : | <u>ORDER FOR DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Craig Carpenito, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. 6042408, against defendant Philippe N. Foreste, which was filed on July 6, 2019, charging him with possession of drug paraphernalia, for the reason that prosecution of defendant Philippe N. Foreste is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Philippe N. Foreste of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
CRAIG CARPENITO
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 6/29/20